| Trustee Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Howard M. S. Hu<br>Chapter 13 Trustee<br>1132 Bishop Street, 301<br>Honolulu, HI 96813<br>Telephone: (808) 526-3083<br>Fax: (808) 531-8844<br>Email: CHAPT13HI@AOL.COM | FILED<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>2019 MAR 29 A 10: 21<br>MICHAEL B. DOWLING<br>CLERK OF COURT |
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | Case No.: **17-01127** |
| In re:<br>**GEORGE MICHAEL WARREN**<br><br>Debtor(s). | Chapter: 13 |
| **NOTICE OF DEPOSIT OF UNCLAIMED FUNDS** ||
| The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:<br>This payment represents funds remaining unpaid on the claims(s) listed below. | $ 8,337.52 |

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| 011 | GREENSKY, LLC<br>1797 NORTH EAST EXPRESSWAY SUITE 100<br>ATLANTA, GA 30329-3614 | $ 8,375.66 | $ 8,337.52 |
|  |  | $ | $ |
|  |  | $ | $ |

*[Attach continuation sheets if necessary.]*

Date: March 29, 2019    /s/ _____
Trustee

hib_3011    5/05